1   BENJAMIN LAW GROUP, P.C.
    Na'il Benjamin, SBN 240354
2   Patrice N. Harper, SBN 225573
    1290 B Street, Suite 314
3   Hayward, CA 94541
    Tel:    (510) 897-9967
4   Fax:    (510) 439-2632
    nbenjamin@benjaminlawgroup.com
5   patrice@benjaminlawgroup.com

6   Attorneys for Plaintiff
    KENITRA NEWMAN
7
8   MORGAN, LEWIS & BOCKIUS LLP
    Robert Jon Hendricks, SBN 179751
9   rj.hendricks@morganlewis.com
    Nicole L. Antonopoulos, SBN 306882
10  nicole.antonopoulos@morganlewis.com
    One Market, Spear Street Tower
11  San Francisco, CA  94105-1596
    Tel:    +1.415.442.1000
12  Fax:    +1.415.442.1001

13  MORGAN, LEWIS & BOCKIUS LLP
    Andrew P. Frederick, SBN 284832
14  andrew.frederick@morganlewis.com
    1400 Page Mill Road
15  Palo Alto, CA  94304
    Tel:    +1.650.843.4000
16  Fax:    +1.650.843.4001

17  Attorneys for Defendant
    DELTA AIR LINES, INC.

18
                    UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20

21  KENITRA NEWMAN, an individual,          Case No. 3:19-cv-05083-RS

22                      Plaintiff,          [Hon. Richard Seeborg]

23          v.                             **JOINT STIPULATION TO
                                           CONTINUE TRIAL AND RELATED
24  DELTA AIR LINES, INC., a Delaware      DEADLINES; ORDER AS MODIFIED
    corporation,                           BY THE COURT**
25
                        Defendant.
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

                                    STIP TO CONTINUE TRIAL AND
                                         RELATED DEADLINES
                                    (CASE NO. 3:19-CV-05083-RS)

1

## JOINT STIPULATION

2    Plaintiff Kenitra Newman ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta" or

3    "the Company") (collectively, the "Parties"), by and through their respective counsel, hereby

4    stipulate as follows:

5    WHEREAS, on October 8, 2020, this Court issued a Further Scheduling Order (Dkt. 30)

6    setting a trial date of August 9, 2021 and other related pretrial dates and deadlines, including a

7    fact discovery cutoff of March 18, 2021, a deadline of June 2, 2021 for expert designations, a

8    deadline of June 23, 2021 to designate rebuttal experts, an expert discovery cutoff of July 6, 2021,

9    a deadline of May 11, 2021 for dispositive motion hearing, and a deadline of July 28, 2021 for

10   final pre-trial conference;

11   WHEREAS, pursuant to the Further Scheduling Order, the deadline to serve written

12   discovery requests was February 16, 2021, and this deadline has now expired;

13   WHEREAS, on February 22, 2021, the Court issued an Order denying Plaintiff's Motion

14   to Quash Subpoenas (Dkt. 34), and Delta is in the process of obtaining documents pursuant to its

15   subpoenas;

16   WHEREAS, Delta has raised issues with Plaintiff's written discovery responses and

17   document productions, and the Parties are continuing to meet and confer to resolve these

18   discovery disagreements;

19   WHEREAS, the Parties have scheduled private mediation for March 23, 2021;

20   WHEREAS, the Parties have met and conferred and agreed to continue all *unexpired*

21   dates and related deadlines specified in the Further Scheduling Order (Dkt. 30) by two months

22   because the Parties would like to conserve resources and time for the resolution of this action at

23   mediation;

24   WHEREAS, the Parties agree that the deadline to serve written discovery has expired and

25   nothing in this Stipulation changes, continues, or vacates that deadline;

26   ///

27   ///

28   ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP TO CONTINUE TRIAL AND
RELATED DEADLINES
(CASE NO. 3:19-CV-05083-RS)

1    THEREFORE, the Parties hereby stipulate to continue all *unexpired* dates and related

2    deadlines specified in the Further Scheduling Order (Dkt. 30) by at least two months, as follows:

3    - May 18, 2021: Fact Discovery Cutoff only for purposes of allowing the Parties to

4        resolve their discovery disagreements as well as allowing the Parties to continue to

5        propound third party subpoenas;

6    - August 2, 2021: Deadline for Expert Designations;

7    - August 23, 2021: Deadline to Designate Rebuttal Experts;

8    - September 7, 2021: Expert Discovery Cut-Off;

9    - July 15, 2021: Deadline for Dispositive Motion Hearing;

10   - September 29, 2021:Final Pre-Trial Conference; and

11   - October 12, 2021: Trial Date.

12   IT IS SO STIPULATED.

13   Dated: March  2, 2021                    BENJAMIN LAW GROUP, P.C.

14

15                                           By:  */s/ Patrice N. Harper*
16                                               Na'il Benjamin
                                                 Patrice N. Harper
17
                                                 Attorneys for Plaintiff
18                                               KENITRA NEWMAN

19   Dated: March 2, 2021                     MORGAN, LEWIS & BOCKIUS LLP

20

21                                           By: */s/ Nicole L. Antonopoulos*
22                                               Robert Jon Hendricks
                                                 Andrew P. Frederick
23                                               Nicole L. Antonopoulos

24                                               Attorneys for Defendant
                                                 DELTA AIR LINES, INC.
25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                    STIP TO CONTINUE TRIAL AND
                     RELATED DEADLINES
                     (CASE NO. 3:19-CV-05083-RS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **FILER'S ATTESTATION**

I, Nicole L. Antonopoulos, am the ECF user whose identification and password are being used to file this Joint Stipulation to Continue Trial and Related Deadlines on behalf of Plaintiff Kenitra Newman and Defendant Delta Air Lines, Inc.  In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiff's counsel concurs in this filing.

Dated: March 2, 2021

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Nicole L. Antonopoulos*
Robert Jon Hendricks
Andrew P. Frederick
Nicole Antonopoulos

Attorneys for Defendant
DELTA AIR LINES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP TO CONTINUE TRIAL AND
RELATED DEADLINES
(CASE NO. 3:19-CV-05083-RS)

## <u>ORDER</u>

Plaintiff Kenitra Newman ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta") submitted a Joint Stipulation to Continue Trial and Related Deadlines.  The Court, having considered the Joint Stipulation, and for good cause appearing, hereby grants the Joint Stipulation and orders as follows:

All *unexpired* dates and related deadlines specified in the Further Scheduling Order (Dkt. 30) shall be continued by two months, as follows:

- May 18, 2021: Fact Discovery Cutoff only for purposes of allowing the Parties to resolve their discovery disagreements as well as allowing the Parties to continue to propound third party subpoenas;
- August 2, 2021: Deadline for Expert Designations;
- August 23, 2021: Deadline to Designate Rebuttal Experts;
- September 7, 2021: Expert Discovery Cut-Off;
- July 15, 2021: Deadline for Dispositive Motion Hearing;
- September 29, 2021:Final Pre-Trial Conference; and
- October 12, 2021: Trial Date.

The deadline to serve written discovery requests has expired and nothing in this Order changes, continues, or vacates that deadline.

**IT IS SO ORDERED.**

DATE:  3/2/2021

_____
HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT
JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING STIP TO
CONTINUE TRIAL AND RELATED
DEADLINES
(CASE NO. 3:19-CV-05083-RS)